Robert J. Higgins, Esq. (RH-6477)
Judith R. Cohen, Esq. (JC-8614)
Kenneth H. Frenchman, Esq. (KF-3635)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036-2714
(212) 277-6500

Attorneys for Defendant Merrill Lynch & Co., Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
IN RE WORLD TRADE CENTER LOWER                                   :  21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION                               :
                                                                 :
                                                                 :
-----------------------------------------------------------------X
VICTOR SALAZAR,                                                  :  07-CV-04512 -AKH
                                                                 :
                                    Plaintiff,                   :  **NOTICE OF ADOPTION**
                                                                 :  **OF ANSWER**
           - against -                                           :  **TO MASTER COMPLAINT**
                                                                 :  **BY MERRILL LYNCH**
ALAN KASMAN D/B/A KASCO, *et al.*,                               :
                                                                 :  **ELECTRONICALLY FILED**
                                    Defendants.                  :
                                                                 :
-----------------------------------------------------------------X

      PLEASE TAKE NOTICE THAT Defendant Merrill Lynch & Co., Inc. ("Merrill Lynch"), as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts Merrill Lynch's Answer to Master Complaint, dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, Merrill Lynch demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York  
September 14, 2007

DICKSTEIN SHAPIRO LLP

By:   /s/ Judith R. Cohen  
_____  
Robert J. Higgins (RH-6477)  
Judith R. Cohen (JC-8614)  
Kenneth H. Frenchman (KF-3635)  
1177 Avenue of the Americas  
New York, New York 10036  
Phone: (212) 277-6500  
Fax: (212) 277-6501

*Attorneys for Defendant*  
MERRILL LYNCH & CO., INC.