UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------------x
VICTOR SALAZAR,

07 CV4512  (AKH)

Plaintiffs,

-against-

ALAN KASMAN DBA KASCO,
ANN TAYLOR STORES CORPORATION,
BANKERS TRUST COMPANY,
BATTERY PARK CITY AUTHORITY,
BLACKMON-MOORING- STEAMATIC CATASTOPHE, INC.,
D/B/A BMS CAT,
BOARD OF MANAGERS OF THE HUDSON VIEW
 EAST CONDOMINIUM,
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, LP.,
BROOKFIELD PARTNERS, LP.,
BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDINGS INC.,
BT PRIVATE CLIENTS CORP.,
DEUTSCHE BANK TRUST COMPANY AMERICAS,
DEUTSCHE BANK TRUST CORPORATION,
ENVIROTECH CLEAN AIR, INC.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,
HILLMAN ENVIRONMENTAL GROUP,
HUDSON VIEW TOWERS ASSSOCIATES,
INDOOR ENVIRONMENTAL TECHNOLOGY INC.,
KASCO RESTORATION SERVICES, CO.,
MERRILL LYNCH & CO, INC.,
NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY,
NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL,
R.Y. MANAGEMENT CO., INC.
RY MANAGEMENT,
STRUCTURE TONE (UK ) INC.,
STRUCTURE TONE GLOBAL SERVICES INC.,
THE BANK OF NEW YORK TRUST COMPANY NA.,
TISHMAN INTERIORS CORP.ORATION,
TOSCORP INC.,

TUCKER ANTHONY, INC.,
WESTON SOLUTIONS, INC.,
WFP TOWER A CO.
WFP TOWER A CO. G.P. CORP.,
WFP TOWER A CO., L.P.,
WFP TOWER B CO. G.P. CORP.,
WFP TOWER B HOLDING CO., LP,
WFP TOWER B CO, L.P.,
WFP TOWER D CO  G.P. CORP.,
WFP TOWER D HOLDING CO. I L.P.
WFP TOWER D HOLDING CO II L.P.,
WFP TOWER D HOLDING I G.P. CORP.,
AND WFP TOWER D  CO., L.P. ET AL

                    Defendants.

------------------------------------------------------------------------------x

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
       September 14, 2007

                  Yours, etc.

                  FRIEDMAN, HARFENIST, LANGER & KRAUT
                  Attorneys for Defendant –Envirotech
                  3000 Marcus Avenue, Suite 2E1
                  Lake Success, New York 11042
                  (516) 775-5800
                  BY:_____
                          Heather L. Smar (4622)