UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER            :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION        :
:
-----------------------------------------------------------------X
VICTOR SALAZAR,                           :   07-CV-4512-AKH
:
                    Plaintiff,            :
                                          :   **APPEARANCE**
    - against -                           :
                                          :
ALAN KASMAN DBA KASCO, *et al.*,          :
                                          :   **ELECTRONICALLY FILED**
                    Defendants.           :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated:  New York, New York                DICKSTEIN SHAPIRO LLP
        October 3, 2007
                                  By:     ___/s/ Judith R. Cohen___
                                          Judith R. Cohen (JC-8614)
                                          1177 Avenue of the Americas
                                          New York, New York 10036
                                          Phone: (212) 277-6500
                                          Fax: (212) 277-6501
                                          *Attorney for Defendant*
                                          MERRILL LYNCH & CO., INC.

DOCSNY-271720v01